UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PHILIP GARRANT,

                       Plaintiff,                    **ORDER**
                                                                 CV 09-5413 (SJF)(ARL)

      -against-

CONTINENTAL TIRE NORTH AMERICA,

                       Defendant.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's application seeking a conference to discuss the dismissal of the case based on the plaintiff's alleged general unresponsiveness and non-compliance with defendant's discovery demands. Plaintiff has not responded to the application.

      Defendant's request for a conference is denied at this time. Defendant is advised to proceed by motion seeking dismissal of this action and detailing the specific interrogatories and/or documents requests and the corresponding responses that it believes are deficient. The court cannot make a determination based on the defendant's generic statements that the plaintiff has failed to respond to discovery demands.

Dated: Central Islip, New York                           **SO ORDERED:**
       December 1, 2010

                                                              _____/s/_____
                                                              ARLENE ROSARIO LINDSAY
                                                              United States Magistrate Judge